**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 05-6618**

―――――――――

IN RE:  LEROY ROBINSON,

Petitioner.

―――――――――

On Petition for Writ of Mandamus.

―――――――――

Submitted:  June 23, 2005                    Decided:  July 1, 2005

―――――――――

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

―――――――――

Petition denied by unpublished per curiam opinion.

―――――――――

Leroy Robinson, Petitioner Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Leroy Robinson petitions for writ of mandamus, seeking an order compelling the United States Parole Commission to follow its rules and regulations and award the proper sentencing credit.

Mandamus relief is available only when the petitioner has a clear right to the relief sought. See In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988). Further, mandamus is a drastic remedy and should only be used in extraordinary circumstances. See Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). Moreover, jurisdiction to grant mandamus relief against an agency of the United States lies with the district courts, not this court. 28 U.S.C. § 1361 (2000); 28 U.S.C. § 1651 (2000) (providing that this court's authority under the All Writs Act extends only to issuance of writs necessary or appropriate in aid of appellate jurisdiction); see Estate of Michael ex rel. Michael v. Lullo, 173 F.3d 503, 506 (4th Cir. 1999).

The relief sought by Robinson is not available by way of mandamus. Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

- 2 -